1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHAUDRY ABID, et al.,

      Plaintiffs,

  v.

ALLSTATE INS. CO.,

      Defendants.

NO. CIV. S-08-0165 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Defendants' Motion to Dismiss or for a more definite statement is continued to April 11, 2008 at 10:00 a.m.  Plaintiffs shall file and serve an opposition brief or notice of non-opposition no later than March 28, 2008.  The Defendant may file and serve a reply on or before April 4, 2008.

    2.  Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

    3.   Plaintiff's counsel shall file his response to the order to show cause on or before March 28, 2008.

    4.   A hearing on the order to show cause will follow the hearing on the Motion to Dismiss.

    IT IS SO ORDERED.

DATED: March 17, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2