Nilesh Choudhary, SBN 219425
CHOUDHARY LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Tel:   (916) 526-2770
Fax:   (916) 944-2051

Attorney for Plaintiffs
CHAUDRY ABID, SHAMIM ABID
ASHIA ABID, MUDASAR ABID, and TUBASIM ABID

UNITED STATES FEDERAL COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUDRY ABID, SHAMIM ABID KIRAN CHAUDRY, previously know as ASIA ABID, MUDASAR ABID, and TUBASIM ABID<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:08-cv-0165-FCD-GGH<br><br>**STIPULATION TO FILE CORRECTED SECOND AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF AND JURY DEMAND AND ORDER** |

The parties through their undersigned counsel to the above captioned proceeding do hereby stipulate to the following pursuant to Eastern District Local Rule 83-143, and request that the court make orders consistent herewith:

That the Court order leave for Plaintiff to file a Corrected Amended Complaint to correct a "cut and paste" error, along with two errors related to "dates", he made in drafting the Amended Complaint filed with the Court on May 30, 2008. A copy of this Proposed Complaint is attached hereto as Exhibit 1.

STIPULATION

- 1 -

| | | |
|---|---|---|
| Dated: April 29, 2008 | | CHOUDHARY LAW OFFICE |
| | | s/Nilesh Choudhary_____<br>Nilesh Choudhary, attorney for<br>Plaintiffs |
| May 2, 2008 | | GOLDSBERRY, FREEMAN & GUZMAN, LLP |
| | | s/ Dennis M. Campos_____<br>Dennis M. Campos, attorney for<br>ALLSTATE INSURANCE COMPANY |

## ORDER

Plaintiff shall file the Corrected 2nd Amended Complaint within three (3) days of this order.

**IT IS SO ORDERED.**

**DATED: May 6, 2008**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE