UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHAUDRY ABID, et. al.,

      Plaintiff,

  v.

ALLSTATE INSURANCE COMPANY,

      Defendants.

NO. CIV. S-08-0165 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Defendant's Motion to Dismiss the Amended Complaint is continued to July 11, 2008 at 10:00 a.m. Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than June 26, 2008.  The Defendant may file and serve a reply on or before July 3, 2008.

    2.  Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $200.00 for failing to timely file the corrected second amended complaint in compliance with the stipulation and order, and for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

3. Plaintiffs' counsel shall file his response to the order to show cause on or before June 26, 2008.

4. A hearing on the order to show cause will follow the hearing on the Motion to Dismiss.

IT IS SO ORDERED.

DATED: June 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE